## KIRKLAND *v.* TEXAS.

No. 465.  Decided December 2, 1963.

*Clyde W. Woody* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## ABERNATHY ET AL. *v.* EASTERN AIR LINES, INC., ET AL.

No. 450.  Decided December 2, 1963.*

*Whiteford S. Blakeney* for appellants in No. 450. *Wade W. Mitchem* for appellants in No. 451.

*William D. Holoman* for appellee Employment Security Commission of North Carolina.

PER CURIAM.

The motion to dismiss is granted and the appeals are dismissed for want of jurisdiction.  Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

---

*Together with No. 451, *Charlotte Council, Air Line Pilots Association, et al.* v. *Eastern Air Lines, Inc., et al.*, also on appeal from the same Court.